**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
200 Campus Drive
Florham Park, New Jersey  07932
Tel: (973) 624-0800
Attorneys for Defendant Saatchi & Saatchi Healthcare Communications

---

| | |
|---|---|
| PATIENT CARE ASSOCIATES, LLC a/s/o THOMAS LAGRECA, | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY |
| Plaintiff, | |
| vs. | Civil Action No. 12-cv-01606-DMC-JAD |
| SAATCHI & SAATCHI HEALTH COMMUNICATIONS; ABC CORP. (1-10) (said names being fictitious and unknown entities), | **SUBSTITUTION OF ATTORNEY** |
| Defendants. | |

---

The undersigned hereby consent to the substitution of **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP** as attorneys for Defendant Saatchi & Saatchi Healthcare Communications (improperly plead as "Saatchi & Saatchi Health Communications") in the above-entitled cause.

| | |
|---|---|
| JACKSON LEWIS LLP | WILSON, ELSER, MOSKOWITZ, |
| Withdrawing Attorneys | EDELMAN & DICKER LLP |
| | Superseding Attorneys |

By: _s/ David B. Lichtenberg, Esq._           By: _s/ Jobil P. Cyriac, Esq._
   David B. Lichtenberg, Esq.                     Robert P. Lesko, Esq. (Lead Counsel)
                                                   Jobil P. Cyriac, Esq.

Dated: May 4, 2012

1395103.1