# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF** | **USPO & COURTHOUSE BLDG** |
| **DENNIS M. CAVANAUGH** | **P.O. BOX 999** |
| **JUDGE** | **NEWARK, N.J. 07101-0999** |
| | **(973) 645-3574** |

4 December 2012

LETTER-ORDER
ORIGINAL FILED WITH THE CLERK OF THE COURT

ANDREW R. BRONSNICK, Esq.
LAW OFFICES OF JOSEPH A MASSOOD
50 PACKANACK LAKE ROAD EAST
WAYNE, NJ 07470-6663

     Re: Patient Care Associates LLC   v.  Saatchi & Saatchi Health Communications
        Civil Action No. 2:12cv1606 (DMC)

Dear Counsel:

    A review of the docket sheet demonstrates that the time within which defendant Saatchi & Saatchi Health Communications  was to have answered or otherwise move expired on 6/25/12.

    Accordingly, you are directed to move for the entry of default and default judgment within fourteen (14) days from the date hereof.

    Should you fail to comply with the above, sanctions may be imposed, which will include the dismissal of the Complaint.

    SO ORDERED.

                     S/DENNIS M. CAVANAUGH
                     DENNIS M. CAVANAUGH
                     UNITED STATES DISTRICT JUDGE

Orig.:   Clerk
cc:      Hon. Joseph A. Dickson
         File