**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
200 Campus Drive
Florham Park, New Jersey  07932
Tel: (973) 624-0800
Attorneys for Defendant Saatchi & Saatchi Healthcare Communications

_____

| | |
|---|---|
| PATIENT CARE ASSOCIATES, LLC a/s/o THOMAS LAGRECA,<br><br>  Plaintiff,<br><br>vs.<br><br>SAATCHI & SAATCHI HEALTH COMMUNICATIONS; ABC CORP. (1-10) (said names being fictitious and unknown entities),<br><br>  Defendants. | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>Civil Action No. 12-cv-01606-DMC-JAD<br><br>**NOTICE OF SETTLEMENT** |

_____

　　　　The undersigned hereby notifies the Court that the parties to the above-titled action have settled the disputes between them in their entirety.

.
　　　　　　　　　　　　　　　　　　　WILSON, ELSER, MOSKOWITZ,
　　　　　　　　　　　　　　　　　　　EDELMAN & DICKER LLP
　　　　　　　　　　　　　　　　　　　Superseding Attorneys


　　　　　　　　　　　　　　　　　　　By: /S/ Robert P. Lesko
　　　　　　　　　　　　　　　　　　　　　Robert P. Lesko, Esq.


Dated: December 19, 2012


1395103.1