```
                                                                CLOSED
```

| | |
|---|---|
| **PATIENT CARE ASSOCIATES, LLC** : | **UNITED STATES DISTRICT COURT** |
| **a/s/o THOMAS LAGRECA,** : | **DISTRICT OF NEW JERSEY** |
| Plaintiff(s), : | |
| : | Hon. Dennis M. Cavanaugh, U.S.D.J. |
| -vs- : | Civil Action No. 12cv1606 (DMC)(JAD) |
| : | |
| **SAATCHI & SAATCHI HEALTH** : | <u>DISMISSAL ORDER</u> |
| **COMMUNICATIONS,** : | |
| : | |
| Defendant(s), : | |
| : | |

   IT HAVING BEEN REPORTED to the Court that the above-captioned matter has been settled;

   IT IS on this 26th day of December, 2012

   ORDERED THAT this matter be and hereby is dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to seek to reopen the action if the settlement is not consummated.


                                    S/ Dennis M. Cavanaugh
                                    **DENNIS M. CAVANAUGH**
                                    **United States District Judge**

cc:  All Parties
     Hon. Joseph A. Dickson, U.S.M.J.
     File